Stephen Charles McArthur (Bar No. 277712)
stephen@smcarthurlaw.com
Bruno Tarabichi (Bar No. 215129)
bruno@smcarthurlaw.com
The McArthur Law Firm PC
10008 National Blvd. #295
Los Angeles, CA 90034
Telephone: (323) 639-4455
Facsimile: (855) 420-7032
Attorneys for Plaintiff
DNA VAPOR, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DNA VAPOR, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> COSMIC FOG VAPORS, LLC, a California limited liability company; ROBERT ANTHONY CROSSLEY, an individual; BRANT PETO, an individual; and DOES 1-10, inclusive, <br><br> Defendant. | Case: 8:16-cv-2092 <br><br> **STIPULATION TO DISMISS ALL CLAIMS AGAINT ALL DEFENDANTS WITH PREJUDICE** |

Plaintiff, DNA Vapor, LLC ("Plaintiff") and Defendants Cosmic Fog Vapors LLC, Robert Anthony Crossley, and Brant Peto (collectively "Defendants") having reached a settlement in the above referenced matter, hereby jointly stipulate that the Plaintiff's claims against Defendants be dismissed with prejudice and that the Order of Dismissal with Prejudice submitted herewith be entered by the Court. Each party to pay its own attorneys' fees and costs.

1

Dated: July 5, 2017                By: */s/Stephen McArthur*

                                                Stephen McArthur
                                                The McArthur Law Firm, PC
                                                Attorneys for Plaintiff
                                                DNA Vapor LLC

Pursuant to Local Rule 5-4.3.4.(a)(2)(i), Stephen McArthur hereby attests that all other signatories below listed and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

Dated: July 5, 2017                By: */s/ Mark Wilson*

                                                Michael LeBoff
                                                Klein & WIlson
                                                Attorneys for Defendants

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2017, I electronically filed the STIPULATION TO DISMISS ALL CLAIMS AGAINST ALL DEFENDANTS WITH PREJUDICE with the Clerk of the Court for the United States District Court, Central District of California and to the following attorneys by using the CM/ECF system:

Mark B. Wilson
wilson@kleinandwilson.com
Michael S. LeBoff
leboff@kleinandwilson.com
Klein & Wilson
4770 Von Karman Avenue
Newport Beach, California 92660

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   July 9, 2017         By:   /s/ Stephen McArthur
                                            Stephen McArthur